**SPIEL ASSOCIATES, INC.,**
Plaintiff–Appellant,

v.

**GATEWAY BOOKBINDING SYSTEMS, LTD., Defendant–Appellee.**

No. 2010–1325.

United States Court of Appeals,
Federal Circuit.

Sept. 9, 2010.

*ORDER*

Defendants–Appellees Aurobindo Pharma Ltd., Mylan Pharmaceuticals Inc., Sun Pharmaceutical Industries, Ltd., Sandoz,

Todd Wengrovsky, Calverton, NY, for Plaintiff–Appellant.

Mark D. Risk, Filippatos Risk LLP, New York, NY, for Defendant–Appellee.

## ON MOTION

### *ORDER*

Upon consideration of the stipulation, which the court treats as a motion to voluntarily dismiss this appeal from *Spiel Associates, Inc. v. Gateway Bookbinding Systems, Ltd.*, no. 03–CV–4696 (E.D.N.Y.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.